1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4
   KYLE F. WALDINGER (CABN 298752)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6830
       FAX: (415) 436-7234
8      Kyle.Waldinger@usdoj.gov

9  Attorneys for United States of America

   FILED
   OCT 3 0 2015
   SUSAN Y. SOONG
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

   RECEIVED
   OCT 29 2015
   SUSAN Y. SOONG
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   NO. CR 93-0062 EXE
                                     )
14         Plaintiff,                )   NOTICE OF DISMISSAL
                                     )
15     v.                            )
                                     )
16  RAYMOND TEODORO,                 )
                                     )
17         Defendant.                )
                                     )
18  _____)

19         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20  States Attorney for the Northern District of California dismisses the above indictment without prejudice
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NOTICE OF DISMISSAL (CR 93-0062 EXE)

1  and moves that the Court quash all arrest warrants issued in connection with the indictment in this case.

2  DATED: 10/29/2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

DAVID R. CALLAWAY
Chief, Criminal Division

8  Leave is granted to the government to dismiss the indictment. It is further ordered that the
9  arrest warrants issued in connection with the Indictment are quashed.

11  Date: 10.30.2015

for HON. ~~EDWARD M. CHEN~~ WILLIAM H. ORRICK
United States District Judge

NOTICE OF DISMISSAL (CR 93-0062 EXE)